# United States District Court
# Western District of North Carolina
# Asheville Division

| | | |
|---|---|---|
| **RIGOBERTO MORALES OCAMPO,** | ) ) ) | JUDGMENT IN CASE |
| Petitioner, | ) ) | **1:14-cr-00061-MR-DLH** |
| vs. | ) ) | **1:15-cv-00278-MR** |
| **UNITED STATES OF AMERICA,** Respondent. | ) ) ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's January 19, 2016 Order.

January 19, 2016

Frank G. Johns, Clerk
United States District Court